**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| --- |

| NOTICE TYPE | NOTICE DATE |
| --- | --- |
| Receipt | November 18, 2021 |

| CASE TYPE | USCIS ALIEN NUMBER |
| --- | --- |
| I-130, Petition for Alien Relative | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| --- | --- | --- |
| IOE0914246192 | November 17, 2021 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| --- | --- | --- |
| November 17, 2021 | 201 B INA SPOUSE OF USC | October 17, 1994 |

HEIDI G. RODRIGUEZ
C/O MEREDITH HAMBLEN THE SCOTT LAW FIRM LLC
10636 LINKWOOD COURT
BATON ROUGE, LA  70810

**PAYMENT INFORMATION:**

| | |
| --- | --- |
| Application/Petition Fee: | $535.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
| --- | --- | --- | --- |
| RODRIGUEZ-PONCE, GILBERTO | 5/7/1991 | MEXICO | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE  68501-2521

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY




| If this is an interview or biometrics appointment notice, please see the back of this notice for important information. | Form I-797C 04/01/19 |
| --- | --- |

If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for People with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) for help in English or Spanish. Asylum and NACARA 203 applicants must call to make their request.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.

NOV 2 4 2021

MEH — 21143

—SM