USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)

 An official website of the United States government
Here's how you know⌄

Español (https://www.uscis.gov/es)

 **U.S. Citizenship and Immigration Services**

☰ Menu

(https://www.uscis.gov/)

Your application or petition is currently within the posted processing times. An inquiry may not be created at this time. Further information about recent processing times can be viewed on the uscis.gov webpage.

If you have other questions regarding your application or petition, contact USCIS Customer Service at 1-800-375-5283 or 1-800-767-1833 (TTY).

Return to Main Inquiry Page (/e-request/) View all USCIS Self Service Online Tools (http://www.uscis.gov/tools) (http://www.uscis.gov/tools)

(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)

(http://www.uscis.gov/tools)Return to top

**Topics (https://www.uscis.gov/topics)**

**Forms (https://www.uscis.gov/forms)**

**Newsroom (https://www.uscis.gov/news**

**Citizenship (https://www.uscis.gov/citizenship)**

**Green Card (https://www.uscis.gov/green-card)**

**Laws (https://www.uscis.gov/laws-and-policy)**

**Tools (https://www.uscis.gov/tools)**



(https://www.facebook.com/uscis) (https://twitter.com/uscis) (https://www.youtube.com/user/uscis) (https://www.instagram.com/uscis/)

## Contact USCIS (https://www.uscis.gov/about-us/contact-us)

 (https://www.dhs.gov)

USCIS.gov

**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov)**

About USCIS (https://www.uscis.gov/about-us)

Accessibility (https://www.uscis.gov/accessibility)

Budget and Performance (https://www.uscis.gov/about-us/budget-planning-and-performance)

DHS Components (https://www.uscis.gov/website-policies/dhs-component-websites)

Freedom of Information Act (https://www.uscis.gov/FOIA)

No FEAR Act Data (https://www.uscis.gov/no-fear-act/equal-employment-opportunity-data-posted-pursuant-no-fear-act)

Privacy and Legal Disclaimers (https://www.uscis.gov/website-policies/privacy-and-legal-disclaimers)

Site Map (https://www.uscis.gov/sitemap)

Office of the Inspector General (https://www.oig.dhs.gov/)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

## National Terrorism Advisory System