USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)

Para tener acceso a este sitio en español, presione aquí (./es)

# Check Case Processing Times

## Select your form, form category, and the office that is processing your case

*Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the More Information About Case Processing Times (./more-info) page.*

**Form** *

| I-130 | Petition for Alien Relative ⌄ |

**Form Category** *

| U.S. citizen filing for a spouse, parent, or child under 21 ⌄ |

**Field Office or Service Center** *

| Nebraska Service Center ⌄ |

**Get processing time**

## Processing time for Petition for Alien Relative (I-130) at Nebraska Service Center



80% of cases are completed within

**10.5**
Months

Check your case status (https://egov.uscis.gov/casestatus/landing.do) to track the status of an immigration application, petition, or request.

## ❶ What does this processing time mean?

We generally process cases in the order we receive them. This processing time is based on how long it took us to complete 80% of adjudicated cases over the past six months. Each case is unique, and some cases may take longer than others. Processing times should be used as a reference point, not an absolute measure of how long your case will take to be completed.

Learn more about processing times (./more-info).

# ❶ When can I ask about my case?

Many routine factors impact how quickly a case is processed. We only allow inquiries for cases that are well outside the processing time listed above.

Learn more about the Case Inquiry Date (./more-info).

Enter your receipt date below to find out if you can contact us with questions.

**When is your receipt date?**

| 11/17/2021 |    **Get Inquiry Date**

✔ **Your case is processing normally.**

The earliest you can submit questions is January 01, 2023. Please do not contact us before this date.

We will notify you if we need any additional information. We appreciate your patience while we review your case. Processing times may change – return to this page regularly for updates.

# ↗ Other case processing times resources

Reducing Processing Backlogs (./reducing-processing-backlogs)

Frequently Asked Questions About Processing Times (./processing-times-faqs)

When to expect to receive your Green Card (./expect-green-card)

Processing information for the I-765 (./i765)