

**Grayson Wilcher <grayson@pwscottlaw.com>**

# Fwd: Your recent inquiry (receipt #IOE-09-142-46192) (Attorney/paralegal copy of customer communication)

1 message

---

**Sean McAuliffe** <sean@pwscottlaw.com>                    Fri, Feb 10, 2023 at 4:36 PM
To: Grayson Wilcher <grayson@pwscottlaw.com>
Cc: 24b85dd14+matter1284102589@maildrop.clio.com

Please add inquiry response to
**21143 - Rodriguez, Gilberto**



**Sean McAuliffe**

Associate Attorney

_____

**The Scott Law Firm**

10636 Linkwood Ct    ▪    Baton Rouge, LA 70810

P: (225) 228-2246

F: (888) 606-0123

www.pwscottlaw.com

Click HERE to make a payment.

  

---------- Forwarded message ---------
From: **USCIS** <USCIS-CaseStatus@dhs.gov>
Date: Fri, Feb 10, 2023 at 9:38 AM
Subject: Your recent inquiry (receipt #IOE-09-142-46192) (Attorney/paralegal copy of customer communication)
To: <SEAN@pwscottlaw.com>

U.S. Department of Homeland Security
USCIS Vermont Service Center
38 River Road
Essex Junction,VT 05479-0001

U.S. Citizenship and Immigration Services
Friday, February 10, 2023

Emailed to hgenusa@gmail.com

Dear Heidi Rodriguez:

On 01/20/2023, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Person who contacted us:
 -- McAuliffe, Sean

Caller indicated they are:
 -- Attorney or Authorized Representative

Attorney Name:
 -- MCAULIFFE, SEAN

Case type:
 -- I130

Filing date:
 -- 11/17/2021

Receipt #:
 -- IOE-09-142-46192

Referral ID:
SR10202300719VSC
Beneficiary (if you filed for someone else):
 -- RODRIGUEZ-PONCE, GILBERTO

Your USCIS Account Number (A-number):
 -- Information not available

Type of service requested:
 -- Non-Delivery of Approval Notice

The status of this service request is:

Recently, you or your representative contacted U.S. Citizenship and Immigration Services (USCIS) concerning your Petition for Alien Relative (Form I-130) to notify us that you have not received your Approval Notice. Below is a summary of what we found and how the issue has been or may be resolved.

USCIS systems show that your petition or application is still pending consideration.

You do not need to do anything at this time. If we need anything from you, we will mail you a request for evidence. When we make a decision on your case, we will mail a notice to you or your representative at the address you gave us.

Please note that our processing times at www.uscis.gov/processingtimes are general estimates. Individual processing times vary. If we send you a request for evidence, your case will take longer. It's important to follow instructions carefully and submit a complete application the first time.

We know that waiting can be difficult and we are committed to processing cases as quickly as possible.

We hope this information is helpful to you.

-----------------------------
We offer many online services and tools to help you find the information you need at www.uscis.gov/tools and my.uscis.gov, including:
Case Status: Sign up for detailed case updates in myUSCIS: my.uscis.gov/account
Check your current case status: www.uscis.gov/casestatus
Check processing times: www.uscis.gov/processingtimes
Ask about your case: www.uscis.gov/e-request
Schedule an appointment: my.uscis.gov/appointment
Ask our virtual assistant Emma: www.uscis.gov/emma
Address Changes: If you move, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.
If you try our online tools and still need help, you can call the USCIS Contact Center at 800-375-5283 or 800-767-1833 (TDD for the hearing impaired).

Thank you for your inquiry. We appreciate your continued patience.