| Date | Subject | Note |
|---|---|---|
| 03/06/2023 | 🚧 USCIS CASE STATUS UPDATE — I-130 Pending | Won't let me make another inquiry even though the inquiry I made in January has passed<br><br>will try again at the end of the week |
| 03/01/2023 | t/c with Hiedi | Heidi is frustrated her case is taking so long and that she has paid a bunch of money to us for the families petition and USCIS hasn't approved. I advised that we will send inquiries every month. because this case is not within processing times even though USCIS says it is within processing times, she is eligible for mandamus. she requested that intake book her consult in person with Gilberto and interpreter for mandamus. |
| 02/17/2023 | 🚧 USCIS CASE STATUS UPDATE — I-130 Pending | Your application or petition is currently within the posted processing times. An inquiry may not be created at this time. Further information about recent processing times can be viewed on the uscis.gov webpage.<br><br>not sure how this is possible bc we filed in nov 2021 and in NSC it should take about 10.5 months? |
| 02/10/2023 | 🚧 USCIS CASE STATUS UPDATE — I-130 Pending | USCIS responded to inquiry<br><br>saved in pleadings |
| 01/20/2023 | 🚧 USCIS CASE STATUS UPDATE — I-130 Pending | USCIS will review and process the request.<br>Expect a reply by February 21, 2023<br><br>Your request ID number is SR10202300719VSC |
| 01/13/2023 | 🚧 USCIS CASE STATUS UPDATE — I-130 Pending | As of March 4, 2022, we are actively reviewing your Form I-130, Petition for Alien Relative, Receipt Number IOE0914246192. Our records show nothing is outstanding at this time.<br><br>Your application or petition is currently within the posted processing times. An inquiry may not be created at this time. Further information about recent processing times can be viewed on the uscis.gov webpage.<br>Says that I can submit an inquiry but when I try to, I get the message saying that I cant<br><br>set task for end of next week |
| 01/10/2023 | 🚧 USCIS CASE STATUS UPDATE — I-130 Pending | Your application or petition is currently within the posted processing times. An inquiry may not be created at this time. Further information about recent processing times can be viewed on the uscis.gov webpage.<br><br>set task for end of the week |